UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

GUSTAVO ELADIO GAVILANEZ ESPINOZA,

Petitioner,

v.

KEVIN JOYCE, et al.,

Respondents.

Civil No. 2:25-cv-00624-SDN

<u>JUDGMENT</u>

In accordance with the Order on Petition for Writ of Habeas Corpus entered by U.S. District Judge, Stacey D. Neumann on December 17, 2025, and the status report filed by Respondents on February 2, 2026,

The Petition for Writ of Habeas Corpus is granted.

JENNIFER P. LYONS,
CLERK

Dated: February 3, 2026

By: <u>/s/ Michelle Thibodeau</u>
Deputy Clerk